FILED
 2008 Jun-10 AM 10:46
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | |
|---|---|
| **JEREMIAH RAY BOND,** | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:08-cv-00797-VEH-HGD |
| **WARDEN GARY HETZEL and** | ) |
| **THE ATTORNEY GENERAL OF** | ) |
| **THE STATE OF ALABAMA,** | ) |
| | ) |
| Respondents | ) |

## FINAL JUDGMENT

On May 13, 2008, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. On May 16, 2008, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge and it is, therefore,

**ORDERED**, **ADJUDGED** and **DECREED** that the petition for writ of habeas corpus in this action be and the same hereby is **DENIED** as time-barred.

**DONE** this the 10th day of June, 2008.

                                              **VIRGINIA EMERSON HOPKINS**
                                              United States District Judge